**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TRAXCELL TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:18-CV-00412-RWS-RSP |
| v. | § | |
| | § | |
| NOKIA SOLUTIONS AND | § | |
| NETWORKS US LLC ET AL, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff is directed to file evidence of service of process on all parties by March 28, 2019 at 5:00P.M. Counsel for HMD Global OY raised issues regarding misjoinder under 35 U.S.C. § 299 and lack of service of process. Counsel for the parties are directed to meet and confer on these issues.

The Court hereby vacates the deadlines from the previous Scheduling Conference Order and resets the scheduling conference for Thursday May 2, 2019 at 9:00 A.M. William P. Ramey, III is directed to appear on behalf of Plaintiff at this scheduling conference. The following schedule of deadlines is in effect until further order :

| | |
|---|---|
| June 13, 2019 | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |
| May 23, 2019 | *File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures)<br><br>The Proposed Protective Order shall be filed as a separate motion with the caption |

| | |
|---|---|
| | indicating whether or not the proposed order is opposed in any part. |
| May 16, 2019 | *File Proposed Docket Control Order and Proposed Discovery Order<br><br>The Proposed Docket Control Order and Proposed Discovery Order shall be filed as separate motions with the caption indicating whether or not the proposed order is opposed in any part. |
| May 9, 2019 | Join Additional Parties |
| May 6, 2019 | *File Notice of Mediator |
| May 2, 2019, 9:00 A.M. | Scheduling Conference |
| April 18, 2019 | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |

**SIGNED this 26th day of February, 2019.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE