**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TRAXCELL TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:18-cv-00412-RWS-RSP |
| v. | § | |
| | § | |
| NOKIA SOLUTIONS AND | § | |
| NETWORKS US LLC ET AL, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court, having considered Traxcell Technologies' Unopposed Motion for Leave and Extension of Time to File Response to Defendant T-Mobile's Motion to Dismiss (Dkt. No. 40), is of the opinion it should be GRANTED. Accordingly, it is ORDERED that the Plaintiff may file its Response to T-Mobile's Motion to Dismiss (Dkt. No. 33) by April 17, 2019.

**SIGNED this 5th day of April, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE