**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

<table>
<tr><td>

**TRAXCELL TECHNOLOGIES, LLC,**

        Plaintiff,

v.

**NOKIA SOLUTIONS AND NETWORKS US LLC; NOKIA SOLUTIONS AND NETWORKS OY; NOKIA CORPORATION; NOKIA TECHNOLOGIES OY; ALCATEL-LUCENT USA, INC.; HMD GLOBAL OY; AND T-MOBILE, USA, INC.,**

        Defendants.

</td><td>

**CASE NO. 2:18-CV-00412-RWS-RSP**

</td></tr>
</table>

**DECLARATION OF MATTHEW J. MOFFA**

I, Matthew J. Moffa, declare and state the following:

1.     I am a lawyer with the law firm of Perkins Coie, LLP, counsel for HMD Global Oy.  I provide this declaration in support of HMD Global Oy's Motion to Dismiss for Improper Service of Process.  I have personal knowledge of the following, and, if called upon to do so, could and would testify competently thereto.

2.     Attached hereto as **Moffa Exhibit 1** is a true and correct copy of an article titled "HMD global Founded to Create New Generation of Nokia-branded Mobile Phones and Tablets," dated May 18, 2016, and retrieved on April 12, 2019 from https://www.prnewswire.com/news-releases/hmd-global-founded-to-create-new-generation-of-nokia-branded-mobile-phones-and-tablets-579916811.html, with relevant text highlighted.

3.     Attached hereto as **Moffa Exhibit 2** is a true and correct copy of an excerpt from Nokia Corporation's Report on Form 6-K dated February 2, 2017, with relevant text highlighted.

4.      Attached hereto as **Moffa Exhibit 3** is a true and correct copy of an email from Tina Hueske, a paralegal at the law firm of Plaintiff's outside counsel, to myself and Defendant's counsel William J. McCabe, which I received on February 12, 2019.

5.      Attached hereto as **Moffa Exhibit 4** is a true and correct copy of an email from Plaintiff's counsel William P. Ramey, III, to myself and Defendant's counsel William J. McCabe, which I received on February 21, 2019, with relevant text highlighted.

6.      Attached hereto as **Moffa Exhibit 5** is a true and correct copy of a page from the Federal Express website showing tracking information for Tracking Number 7748-3086-6880, which I accessed on April 12, 2019, with relevant text highlighted.

7.      I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of April, 2019, in New York, New York.

_____
Matthew J. Moffa