# Moffa Exhibit 3

| | |
|---|---|
| **From:** | Tina Hueske |
| **To:** | McCabe, William J. (NYC); Moffa, Matthew (NYC) |
| **Cc:** | William Ramey; Delona Laxton |
| **Subject:** | Traxcell v. Nokia Solutions - 20096.0006LIT001 |
| **Date:** | Tuesday, February 12, 2019 6:04:11 PM |

Attached please find the Plaintiff's Disclosure of Asserted Claims and Infringement Contentions.

### Citrix Attachments
Expires August 11, 2019

| File | Size |
|---|---|
| 2019-02-12 P Infring Contentns (Nokia) as s...ved.pdf | 215.9 KB |
| Nokia '196 AT 1.pdf | 525 KB |
| Nokia '196 AT 10.pdf | 812 KB |
| Nokia '196 AT 11.pdf | 260 KB |
| Nokia '196 AT 12.pdf | 760.2 KB |
| Nokia '196 AT 13.pdf | 280 KB |
| Nokia '196 AT 14.pdf | 703.3 KB |
| Nokia '196 AT 15.pdf | 329.1 KB |
| Nokia '196 AT 16.pdf | 139.2 KB |
| Nokia '196 AT 17.pdf | 230.8 KB |
| Nokia '196 AT 18.pdf | 729.8 KB |
| Nokia '196 AT 2.pdf | 1.9 MB |
| Nokia '196 AT 3.pdf | 104 KB |
| Nokia '196 AT 4.pdf | 112 KB |
| Nokia '196 AT 5.pdf | 112 KB |
| Nokia '196 AT 6.pdf | 237.1 KB |
| Nokia '196 AT 7.pdf | 179 KB |
| Nokia '196 AT 8.pdf | 3.2 MB |
| Nokia '196 AT 9.pdf | 407.8 KB |
| Nokia '196 Exhibit A.pdf | 167.9 KB |
| Nokia '196 Exhibit B.pdf | 311 KB |

| File | Size |
|---|---|
| Nokia '196 Exhibit C.pdf | 123.8 KB |
| Nokia '196 IC 1.pdf | 1 MB |
| Nokia '196 lC 15.pdf | 1.4 MB |
| Nokia '196 lC 16.pdf | 586.4 KB |
| Nokia '196 lC 17.pdf | 670.5 KB |
| Nokia '196 lC 18.pdf | 265.5 KB |
| Nokia '196 lC 19.pdf | 265.8 KB |
| Nokia '196 lC 2.pdf | 586.5 KB |
| Nokia '196 lC 3.pdf | 670.8 KB |
| Nokia '196 lC 4.pdf | 265.7 KB |
| Nokia '196 lC 5.pdf | 265.9 KB |
| Nokia '353 AT 1.pdf | 1.7 MB |
| Nokia '353 AT 10.pdf | 3 MB |
| Nokia '353 AT 11.pdf | 1.6 MB |
| Nokia '353 AT 12.pdf | 448 KB |
| Nokia '353 AT 13.pdf | 168 KB |
| Nokia '353 AT 14.pdf | 1.4 MB |
| Nokia '353 AT 15.pdf | 3.9 MB |
| Nokia '353 AT 16.pdf | 3.4 MB |
| Nokia '353 AT 17.pdf | 2.2 MB |
| Nokia '353 AT 18.pdf | 500.6 KB |
| Nokia '353 AT 19.pdf | 894.7 KB |
| Nokia '353 AT 2.pdf | 27.1 MB |
| Nokia '353 AT 20.pdf | 1 MB |
| Nokia '353 AT 3.pdf | 8.1 MB |
| Nokia '353 AT 4.pdf | 5.1 MB |
| | 1.4 MB |

| | |
|---|---:|
| Nokia '353 AT 5.pdf | |
| Nokia '353 AT 6.pdf | 220 KB |
| Nokia '353 AT 7.pdf | 1.6 MB |
| Nokia '353 AT 8.pdf | 3.2 MB |
| Nokia '353 AT 9.pdf | 8 MB |
| Nokia SON (Direct) '388 AT 1.pdf | 5.2 MB |
| Nokia SON (Direct) '388 AT 10.pdf | 919.2 KB |
| Nokia SON (Direct) '388 AT 11.pdf | 15 MB |
| Nokia SON (Direct) '388 AT 12.pdf | 1.1 MB |
| Nokia SON (Direct) '388 AT 13.pdf | 126.2 KB |
| Nokia SON (Direct) '388 AT 14.pdf | 573.5 KB |
| Nokia SON (Direct) '388 AT 15.pdf | 40.6 KB |
| Nokia SON (Direct) '388 AT 16.pdf | 1.2 MB |
| Nokia SON (Direct) '388 AT 17.pdf | 472.9 KB |
| Nokia SON (Direct) '388 AT 18.pdf | 500.6 KB |
| Nokia SON (Direct) '388 AT 2.pdf | 1.3 MB |
| Nokia SON (Direct) '388 AT 3.pdf | 4.5 MB |
| Nokia SON (Direct) '388 AT 4.pdf | 2 MB |
| Nokia SON (Direct) '388 AT 5.pdf | 814.6 KB |
| Nokia SON (Direct) '388 AT 6.pdf | 1.3 MB |
| Nokia SON (Direct) '388 AT 7.pdf | 514.4 KB |
| Nokia SON (Direct) '388 AT 8.pdf | 644 KB |
| Nokia SON (Direct) '388 AT 9.pdf | 1.4 MB |
| Nokia SON (Direct) '388 Cl 1.pdf | 1.4 MB |
| Nokia SON (Direct) '388 Cl 10.pdf | 309 KB |
| Nokia SON (Direct) '388 Cl 11.pdf | 1.4 MB |
| Nokia SON (Direct) '388 Cl 2.pdf | 287.9 KB |

| File | Size |
|---|---|
| Nokia SON (Direct) '388 Cl 21.pdf | 955.9 KB |
| Nokia SON (Direct) '388 Cl 3.pdf | 396.2 KB |
| Nokia SON (Direct) '388 Cl 4.pdf | 325.4 KB |
| Nokia SON (Direct) '388 Cl 5.pdf | 114.4 KB |
| Nokia SON (Direct) '388 Cl 6.pdf | 255.5 KB |
| Nokia SON (Direct) '388 Cl 7.pdf | 266.2 KB |
| Nokia SON (Direct) '388 Cl 8.pdf | 267 KB |
| Nokia SON (Direct) '388 Cl 9.pdf | 247.1 KB |
| Nokia SON (Direct) '388 Exhibit A.pdf | 146.5 KB |
| Nokia SON (Direct) '388 Exhibit B.pdf | 252.7 KB |
| Nokia SON (Direct) '388 Exhibit C.pdf | 103.1 KB |
| Nokia SON '353 Cl 1.pdf | 2.5 MB |
| Nokia SON '353 Cl 10.pdf | 2.9 MB |
| Nokia SON '353 Cl 11.pdf | 2.2 MB |
| Nokia SON '353 Cl 12.pdf | 584.5 KB |
| Nokia SON '353 Cl 13.pdf | 413.5 KB |
| Nokia SON '353 Cl 14.pdf | 278.9 KB |
| Nokia SON '353 Cl 15.pdf | 718.8 KB |
| Nokia SON '353 Cl 16.pdf | 877.2 KB |
| Nokia SON '353 Cl 17.pdf | 283.1 KB |
| Nokia SON '353 Cl 18.pdf | 877.7 KB |
| Nokia SON '353 Cl 19.pdf | 283.3 KB |
| Nokia SON '353 Cl 2.pdf | 584.1 KB |
| Nokia SON 353 Cl 3.pdf | 413.2 KB |
| Nokia SON '353 Cl 4.pdf | 278.9 KB |
| Nokia SON '353 Cl 5.pdf | 718.6 KB |
| Nokia SON '353 Cl 6.pdf | 877.2 KB |

| File | Size |
|---|---|
| Nokia SON '353 Cl 7.pdf | 282.9 KB |
| Nokia SON '353 Cl 8.pdf | 877.6 KB |
| Nokia SON '353 Cl 9.pdf | 283.2 KB |
| Nokia SON '353 Exhibit A.pdf | 138.8 KB |
| Nokia SON '353 Exhibit B.pdf | 247.1 KB |
| Nokia SON '353 Exhibit C.pdf | 108 KB |
| Nokia WLAN '353 AT 1.pdf | 252.9 KB |
| Nokia WLAN '353 AT 10.pdf | 903.3 KB |
| Nokia WLAN '353 AT 11.pdf | 2.1 MB |
| Nokia WLAN '353 AT 12.pdf | 448 KB |
| Nokia WLAN '353 AT 13.pdf | 168 KB |
| Nokia WLAN '353 AT 14.pdf | 1.4 MB |
| Nokia WLAN '353 AT 15.pdf | 7.9 MB |
| Nokia WLAN '353 AT 16.pdf | 623.6 KB |
| Nokia WLAN '353 AT 17.pdf | 603.6 KB |
| Nokia WLAN '353 AT 18.pdf | 1.1 MB |
| Nokia WLAN '353 AT 19.pdf | 894.7 KB |
| Nokia WLAN '353 AT 2.pdf | 181.6 KB |
| Nokia WLAN '353 AT 20.pdf | 1 MB |
| Nokia WLAN '353 AT 21.pdf | 729.8 KB |
| Nokia WLAN '353 AT 3.pdf | 563.5 KB |
| Nokia WLAN '353 AT 4.pdf | 467.4 KB |
| Nokia WLAN '353 AT 5.pdf | 756.3 KB |
| Nokia WLAN '353 AT 6.pdf | 220 KB |
| Nokia WLAN '353 AT 7.pdf | 1.6 MB |
| Nokia WLAN '353 AT 8.pdf | 329.9 KB |

| File | Size |
|---|---|
| Nokia WLAN '353 AT 9.pdf | 303.6 KB |
| Nokia WLAN '353 Cl 1.pdf | 2.8 MB |
| Nokia WLAN '353 Cl 10.pdf | 3.2 MB |
| Nokia WLAN '353 Cl 11.pdf | 2.6 MB |
| Nokia WLAN '353 Cl 12.pdf | 841.6 KB |
| Nokia WLAN '353 Cl 13.pdf | 568.9 KB |
| Nokia WLAN '353 Cl 14.pdf | 712.4 KB |
| Nokia WLAN '353 Cl 15.pdf | 1.3 MB |
| Nokia WLAN '353 Cl 16.pdf | 847.6 KB |
| Nokia WLAN '353 Cl 17.pdf | 396.8 KB |
| Nokia WLAN '353 Cl 18.pdf | 848.1 KB |
| Nokia WLAN '353 Cl 19.pdf | 396.9 KB |
| Nokia WLAN '353 Cl 2.pdf | 841.2 KB |
| Nokia WLAN '353 Cl 3.pdf | 568.9 KB |
| Nokia WLAN '353 Cl 4.pdf | 712.3 KB |
| Nokia WLAN '353 Cl 5.pdf | 1.3 MB |
| Nokia WLAN '353 Cl 6.pdf | 847.4 KB |
| Nokia WLAN '353 Cl 7.pdf | 396.7 KB |
| Nokia WLAN '353 Cl 8.pdf | 847.8 KB |
| Nokia WLAN '353 Cl 9.pdf | 396.8 KB |
| Nokia WLAN '353 Exhibit A.pdf | 145.6 KB |
| Nokia WLAN '353 Exhibit B.pdf | 252.9 KB |
| Nokia WLAN '353 Exhibit C.pdf | 113.7 KB |
| US 9,549,388 File History TRX61003649-TR…223.pdf | 56.3 MB |
| US 9,888,353 File History TRX61001803-TR…648.pdf | 219.6 MB |
| US 9,918,196 File History TRX61000001-TR…802.pdf | 217.9 MB |

Download Attachments

Tina Hueske uses Citrix Files to share documents securely.

Tina Hueske
Litigation Paralegal
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
Phone: (713) 426-3923
Fax: (832) 900-4941