# Moffa Exhibit 5



 


7748-3086-6880

# Delivered
## Monday 4/08/2019 at 3:10 pm



**DELIVERED**

Signed for by: X.COLLANUS

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| CHATSWORTH, CA US | ESPOO FI |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 7748-3086-6880 | FedEx International Economy | 5.4 lbs / 2.45 kgs |

| DELIVERED TO | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|
| Receptionist/Front Desk | 1 | 5.4 lbs / 2.45 kgs |

| TERMS | PACKAGING | SPECIAL HANDLING SECTION |
|---|---|---|
| Shipper | FedEx Pak | Deliver Weekday |

| STANDARD TRANSIT | SHIP DATE | ACTUAL DELIVERY |
|---|---|---|
| 4/08/2019 by 6:00 pm | Mon 4/01/2019 | Mon 4/08/2019 3:10 pm |

## Travel History

Local Scan Time 

**Monday , 4/08/2019**

| 3:10 pm | ESPOO FI | Delivered |
| 10:51 am | VANTAA FI | On FedEx vehicle for delivery |
| 10:01 am | VANTAA FI | International shipment release - Import |
| 10:00 am | VANTAA FI | At local FedEx facility |
| 9:59 am | VANTAA FI | In transit |
| | | Package available for clearance |

| | | |
|---|---|---|
| 5:00 am | VANTAA FI | At destination sort facility |
| **Saturday , 4/06/2019** | | |
| 12:56 pm | STOCKHOLM-ARLANDA SE | In transit |
| **Friday , 4/05/2019** | | |
| 5:00 am | KOELN DE | Departed FedEx location |
| 5:00 am | KOELN DE | In transit |
| 2:02 am | KOELN DE | In transit |
| **Thursday , 4/04/2019** | | |
| 1:20 pm | KOELN DE | Arrived at FedEx location |
| 5:47 am | ROISSY CHARLES DE GAULLE CEDEX FR | Departed FedEx location |
| 4:54 am | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| **Wednesday , 4/03/2019** | | |
| 11:00 pm | ROISSY CHARLES DE GAULLE CEDEX FR | At local FedEx facility |
| 11:00 pm | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 8:56 pm | ROISSY CHARLES DE GAULLE CEDEX FR | At local FedEx facility |
| 8:13 pm | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 7:24 pm | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 6:54 pm | ROISSY CHARLES DE GAULLE CEDEX FR | Arrived at FedEx location |
| 5:13 am | MEMPHIS, TN | In transit |
| 4:48 am | MEMPHIS, TN | In transit |
| 3:53 am | MEMPHIS, TN | Departed FedEx location |
| **Tuesday , 4/02/2019** | | |
| 11:04 pm | MEMPHIS, TN | In transit |
| 1:00 pm | MEMPHIS, TN | Arrived at FedEx location |
| **Monday , 4/01/2019** | | |
| 7:55 pm | NORTH HILLS, CA | Left FedEx origin facility |
| **4:04 pm** | **NORTH HILLS, CA** | **Picked up** |
| **Thursday , 3/28/2019** | | |
| 10:49 pm | | Shipment information sent to FedEx |