# Pokorna Exhibit 2

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | WILLIAM P. RAMEY, Esq.<br>c/o Judicial Process and Support, Inc.<br>19 W. Flagler St., #610, Miami, Fl. 33130 |
| **Particulars of the parties*:**<br>Identité des parties* : | TRAXCELL TECHNOLOGIES, LLC. VS. NOKIA SOLUTIONS AND NETWORKS US LLC, ET AL.<br>CASE NO. 2:18-CV-412 |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☐ **JUDICIAL DOCUMENT**\*\*
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | TO GIVE NOTICE THAT THE PLAINTIFF HAS FILED A COMPLAINT AGAINST THE DEFENDANT. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | THIS CASE RELATES TO A COMMERCIAL DISPUTE REGARDING PATENT INFRINGEMENT. |
| **Date and Place for entering appearance**\*\***:**<br>Date et lieu de la comparution\*\* : | FILE ANSWER WITH: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT TEXAS, CLERK OF COURT, 100 E. HOUSTON ST, MARSHALL, TX 75670. A COPY OF THE ANSWER MUST BE MAILED TO: WILLIAM P. RAMEY, ESQ. 5020 MONTROSE BLVD., STE 750, HOUSTON, TX 77006. |
| **Court which has given judgment**\*\***:**<br>Juridiction qui a rendu la décision\*\* : | N/A |
| **Date of judgment**\*\***:**<br>Date de la décision\*\* : | N/A |
| **Time limits stated in the document**\*\***:**<br>Indication des délais figurant dans l'acte\*\* : | ANSWER OR RESPONSE IS DUE 21 DAYS AFTER SERVICE UPON YOU. |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT**\*\*
ACTE EXTRAJUDICIAIRE\*\*

Permanent Bureau September 2011

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | N/A |
| **Time-limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte\*\* : | N/A |

\*\* if appropriate / s'il y a lieu

Permanent Bureau September 2011