IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TRAXCELL TECHNOLOGIES, LLC,**<br><br>             Plaintiff,<br><br>v.<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC; NOKIA SOLUTIONS AND NETWORKS OY; NOKIA CORPORATION; NOKIA TECHNOLOGIES OY; ALCATEL-LUCENT USA, INC.; HMD GLOBAL OY; AND T-MOBILE, USA, INC.,**<br><br>             Defendants. | CASE NO. 2:18-CV-00412-RWS-RSP |

**ORDER GRANTING DEFENDANT HMD GLOBAL OY'S
MOTION TO DISMISS FOR IMPROPER SERVICE OF PROCESS**

Before the Court is Defendant HMD Global Oy's Motion to Dismiss for Improper Service of Process. The Court, having considered the Motion and all briefing and argument associated therewith, finds that the Motion should be **GRANTED**. All claims by Traxcell Technologies, LLC against HMD Global Oy are hereby **DISMISSED WITHOUT PREJUDICE**.

_____