IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRAXCELL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NOKIA SOLUTIONS AND NETWORKS US LLC; NOKIA SOLUTIONS AND NETWORKS OY; NOKIA CORPORATION; NOKIA TECHNOLOGIES OY; ALCATEL-LUCENT USA, INC.; HMD GLOBAL OY; AND T-MOBILE, USA, INC.,<br><br>Defendants. | CASE NO. 2:18-CV-00412-RWS-RSP |

**DECLARATION OF JARI KOLJONEN**

I, Jari Koljonen, declare and state the following:

1. I am General Counsel in the Espoo, Finland office of HMD Global Oy, one of the defendants in this action. I provide this declaration in support of HMD Global Oy's Reply in Support of its Motion to Dismiss for Improper Service of Process. I am familiar with how the legal department of HMD Global Oy receives and processes packages in the ordinary course of business, and, if called upon to do so, could and would testify competently thereto.

2. On April 24, 2019, a package arrived at HMD Global Oy's Espoo office via registered mail and was brought to the legal department in the ordinary course of business. The package contained a cover letter addressed to "HMD Global Oy" and bearing a letterhead from "The State of Texas," and read as follows: "Pursuant to the Laws of Texas, we forward herewith by REGISTERED MAIL, return receipt requested, a copy of the process received by the Secretary of State of Texas on April 8, 2019." The package further contained a document titled

"Summons in a Civil Action" addressed to "HMD Global Oy." The package further contained a document titled "Plaintiff's Original Complaint for Patent Infringement." Finally, the package contained documents labeled Exhibits A, B and C, which appeared to be United States patents. No other documents were included in the package. Attached hereto as **Koljonen Exhibit 3** is a true and correct copy of the documents contained in the April 24, 2019 package, except for Exhibits A, B and C (the United States patents, which have been omitted from Koljonen Exhibit 3 to save space). This record was made at the time of receipt by a member of our department and was kept in the ordinary course of business as is the regular practice of HMD Global Oy.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of April, 2019 in Espoo, Finland.

_____
Jari Koljonen