# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TRAXCELL TECHNOLOGIES, LLC | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:18-CV-0412-RWS-RSP |
| | § | |
| NOKIA SOLUTIONS AND NETWORKS | § | |
| US LLC, ET AL. | § | |

**Scheduling Conference**
**MAG. JUDGE ROY PAYNE PRESIDING**
May 2, 2019

**OPEN:**   9:00 am                                                                                          **ADJOURN:**   10:00 am

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Bill Ramey |
| ATTORNEY FOR DEFENDANTS: | Matthew Moffa |
| | Mike Jones |
| LAW CLERK: | Jonathan Todd |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.   Case called.   Bill Ramey announced ready.   Mike Jones for announced ready T-Mobile and Nokia.   Matthew Moffa for announced not ready for HMD Global OY.

The Court asked Mr. Ramey for an update on service of process of HMD Global OY.   Mr. Ramey responded.   Mr. Moffa also responded.   Mr. Jones responded for T-Mobile and Nokia.   The Court instructed plaintiff to provide evidence of proper service and supplemental briefing to support its theories of service by May 28, 2019.   Plaintiff was also directed to provide authority to support is position that the defendants may be joined together in one case.   Defendants were also directed to file any response by June 11, 2019.

The Court will vacate the remaining deadlines in the February 26, 2019 Order (Dkt. No. 29).