# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TRAXCELL TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | Case No. 2:18-cv-00412-RWS-RSP |
| v. | § § | |
| NOKIA SOLUTIONS AND NETWORKS US LLC ET AL, | § § § | |
| Defendants. | § § | |

## ORDER

Plaintiff is **ORDERED** to provide evidence of proper service and supplemental briefing to support its theories of service by May 28, 2019. With respect to Plaintiff's theory of service through the Texas Secretary of State and Plaintiff's theory of service through the UK entity, Plaintiff is directed to provide any evidence of service that it may have under those theories and to provide authority to support those theories of service. Plaintiff is also directed to provide authority to support its position that the Defendants may be joined together in one case under 35 U.S.C. § 299. Defendants are directed to file any response by June 11, 2019.

This Order resolves all issues within Plaintiff's Motion for Extension of Time to Serve HMD Global OY. (Dkt. No. 48.) Accordingly, that Motion is **DENIED AS MOOT**. The Court **VACATES** all remaining deadlines in the Feb. 26, 2019 Order.

**SIGNED this 2nd day of May, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE