# The State of Texas



Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-0873
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

## Secretary of State

May 21, 2019

William P. Ramey, III
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, TX 77006

**2019-303423**

**Include reference number in all correspondence**

RE:   Traxcell Technologies LLC VS Nokia Solutions and Networks US LLC et al
      United States District Court Eastern District of Texas
      Cause No. 218CV412

Dear Sir/Madam

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,

Service of Process
Government Filings
512-463-1662



# The State of Texas
## Secretary of State

2019-303423-1

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Original Complaint for Patent Infringement in the cause styled:

Traxcell Technologies LLC VS Nokia Solutions and Networks US LLC et al
United States District Court Eastern District of Texas
Cause No: 218CV412

was received by this office on April 8, 2019, and that a copy was forwarded on April 9, 2019, by REGISTERED MAIL, return receipt requested to:

HMD Global OY
Bertel Jungin aukio 9
02600 Espoo, FD

The RETURN RECEIPT was received in this office dated April 24, 2019, Bearing the Signature Of Addressee's Agent.



Date issued: May 21, 2019

David Whitley
Secretary of State
GF/vm