# The State of Texas



Service of Process  
P.O. Box 12079  
Austin, Texas 78711-2079

Phone: 512-463-5560  
Fax: 512-463-0873  
Dial 7-1-1 For Relay Services  
www.sos.state.tx.us

## Secretary of State

May 23, 2019

William P. Ramey, III  
Ramey & Schwaller, LLP  
5020 Montrose Blvd., Suite 750  
Houston, TX 77006

| 2019-304322 |
| Include reference number in all correspondence |

RE: Traxcell Technologies, LLC VS Nokia Solutions and Networks US LLC, et al  
United States District Court Eastern District of Texas  
Cause No. 218CV412

Dear Sir/Madam

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,

Service of Process  
Government Filings  
512-463-1662



## The State of Texas
### Secretary of State

2019-304322-1

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Plaintiff's First Amended Complaint for Patent Infringement in the cause styled:

Traxcell Technologies, LLC VS Nokia Solutions and Networks US LLC, et al
United States District Court Eastern District of Texas
Cause No: 218CV412

was received by this office on May 6, 2019, and that a copy was forwarded on May 7, 2019, by REGISTERED MAIL, return receipt requested to:

HMD Global OY
Bertel Jungin aukio 9
02600 Espoo, FD



Date issued: May 23, 2019

David Whitley
Secretary of State
GF/vm