**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TRAXCELL TECHNOLOGIES, LLC,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC; NOKIA SOLUTIONS AND NETWORKS OY; NOKIA CORPORATION; NOKIA TECHNOLOGIES OY; ALCATEL-LUCENT USA, INC.; HMD GLOBAL OY; AND T-MOBILE, USA, INC.,**<br><br>　　　　　Defendants. | **CASE NO. 2:18-CV-00412-RWS-RSP** |

**ORDER GRANTING MOTION TO DISMISS**

Having considered defendant HMD Global Oy's Motion to Dismiss Plaintiff's Infringement Claims Under U.S. Patent Nos. 9,888,353 and 9,918,196, and having determined that Plaintiff Traxcell Technologies, LLC has not and cannot plausibly allege that HMD directly or indirectly infringes these patents, all claims against HMD under U.S. Patent Nos. 9,888,353 and 9,918,196 are hereby DISMISSED WITH PREJUDICE.