# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TRAXCELL TECHNOLOGIES, LLC,**<br><br>        Plaintiff,<br><br>v.<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC; NOKIA SOLUTIONS AND NETWORKS OY; NOKIA CORPORATION; NOKIA TECHNOLOGIES OY; ALCATEL-LUCENT USA, INC.; HMD GLOBAL OY; AND T-MOBILE, USA, INC.,**<br><br>        Defendants. | CASE NO. 2:18-CV-00412-RWS-RSP |

## ORDER GRANTING MOTION TO DISMISS

Having considered defendant HMD Global Oy's Motion to Dismiss Plaintiff Traxcell Technologies, LLC's infringement claims under U.S. Patent No. 9,549,388 under 35 U.S.C. § 101, and having determined that all claims of U.S. Patent No. 9,549,388 are invalid as drawn to unpatentable subject matter, all claims against HMD under U.S. Patent No. 9,549,388 are hereby DISMISSED WITH PREJUDICE.