**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TRAXCELL TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC; NOKIA SOLUTIONS AND NETWORKS OY; NOKIA CORPORATION; NOKIA TECHNOLOGIES OY; ALCATEL-LUCENT USA, INC.; HMD GLOBAL OY; AND T-MOBILE, USA, INC.,**<br><br>Defendants. | CASE NO. 2:18-CV-00412-RWS-RSP |

**ORDER GRANTING MOTION TO DISMISS**

Having considered defendant HMD Global Oy's Motion to Dismiss all claims in Plaintiff Traxcell Technologies, LLC's First Amended Complaint For Improper Pleading, and having determined that Traxcell has not provided HMD with fair notice of the allegations and claims asserted against it despite having amended its complaint, all claims against HMD are hereby DISMISSED WITH PREJUDICE.