# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TRAXCELL TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>NOKIA SOLUTIONS AND NETWORKS US LLC; NOKIA SOLUTIONS AND NETWORKS OY; NOKIA CORPORATION; NOKIA TECHNOLOGIES OY; ALCATEL-LUCENT USA, INC.; HMD GLOBAL OY; AND T-MOBILE, USA, INC.,<br><br>   Defendants. | CASE NO. 2:18-CV-00412-RWS-RSP |

## STIPULATION OF DISMISSAL

  WHEREAS Plaintiff Traxcell Technologies LLC ("Traxcell") and Defendant HMD Global Oy ("HMD," and collectively, the "Parties") seek to avoid incurring further expenses in this matter, and

  WHEREAS HMD has therefore agreed to forgo filing a motion to recover the attorneys' fees and costs it has incurred addressing Traxcell's attempts to effect service, and Traxcell has agreed to dismissal of all claims against HMD with prejudice,

  THEREFORE, the Parties jointly move the Court to enter the enclosed stipulated Order of Dismissal.

Dated: November 5, 2019

Respectfully submitted,

*/s/ William J. McCabe*
JOHN D. PENN, Bar No. 15752300
JPenn@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Phone: (214) 965-7700
Fax: (214) 965-7799

WILLIAM J. MCCABE
WMcCabe@PerkinsCoie.com
MATTHEW J. MOFFA
MMoffa@PerkinsCoie.com
THOMAS V. MATTHEW
TMatthew@PerkinsCoie.com
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Phone: (212) 262-6900
Fax: (212) 977-1649

*Attorneys for Defendant HMD Global Oy*

Ramey & Schwaller, LLP

*/s/ William P. Ramey, III, with permission, by William J. McCabe*
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

Hicks Thomas LLP
John B. Thomas
jthomas@hicks-thomas.com
Texas Bar No. 19856150
700 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 547-9100
Facsimile: (713) 547-9150

*Attorneys for Traxcell Technologies, LLC*