# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TRAXCELL TECHNOLOGIES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>NOKIA SOLUTIONS AND NETWORKS US LLC; NOKIA SOLUTIONS AND NETWORKS OY; NOKIA CORPORATION; NOKIA TECHNOLOGIES OY; ALCATELLUCENT USA, INC.; HMD GLOBAL OY; and T-MOBILE, USA, INC.,<br><br>*Defendants*. | Case No. 2:18-CV-00412-RWS-RSP |

## ORDER

Before the Court is the Stipulation of Dismissal filed by Plaintiff Traxcell Technologies LLC ("Traxcell") and Defendant HMD Global Oy. Dkt. No. 75. After consideration, the Court **APPROVES** of the Parties Stipulation of Dismissal.

It is therefore **ORDERED** that all claims brought by Traxcell against HMD Global Oy are hereby **DIMISSED WITH PREJUDICE**. It is further **ORDERED** that each party shall bear its own fees and costs.

The Clerk is directed to leave this case open as other active defendants remain.

**SIGNED this 5th day of November, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE