**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TRAXCELL TECHNOLOGIES, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Case No. 2:18-cv-00412-RWS-RSP |
| v. | § | |
| | § | |
| NOKIA SOLUTIONS AND NETWORKS US LLC ET AL, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

The Plaintiff Traxcell Technologies, LLC ("Traxcell") and Defendant HMD Global OY previously entered a Stipulation of Dismissal (Dkt. No. 75). The Court then entered an Order approving that Stipulation of Dismissal (Dkt. No. 76), and this Stipulation of Dismissal ordered that HMD Global Oy be dismissed from this case with prejudice.

The Court notes that several pending Motions were filed by HMD Global OY:

- Motion to Dismiss (Dkt. No. 44);

- Motion to Dismiss Plaintiff's Infringement Claims Under U.S. Patent Nos. 9,888,353 and 9,918,196 (Dkt. No. 67); and

- Motion to Dismiss Under 35 U.S.C. § 101 and for Improper Pleading (Dkt. No. 68).

Because the Court previously approved the Stipulation of Dismissal and ordered that HMD Global Oy be dismissed from this case with prejudice, the clerk is requested to **TERMINATE** each of the motions listed above.

Additionally, Traxcell previously filed "Briefing on Service and Joinder" as a motion. (Dkt. No. 60). The Clerk is requested to **TERMINATE** this entry.

**SIGNED this 18th day of November, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE