# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TRAXCELL TECHNOLOGIES, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> § <br> v. § <br> § <br> § <br> NOKIA SOLUTIONS AND NETWORKS § <br> US LLC, NOKIA SOLUTIONS AND § <br> NETWORKS OY, NOKIA § <br> CORPORATION, NOKIA § <br> TECHNOLOGIES OY, ALCATEL- § <br> LUCENT USA, INC., and T-MOBILE USA, § <br> INC., § <br> § <br> *Defendants*. § | Case No. 2:18-cv-00412-RWS-RSP |

## **ORDER**

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Traxcell Technologies, LLC ("Plaintiff") on behalf of itself and Nokia Solutions and Networks, LLC, Nokia Solutions and Networks Oy, and T-Mobile USA, Inc. ("Defendants"). (Dkt. No. 124.) In the Stipulation, Traxcell represents that the above-captioned case has been resolved and requests dismissal of Plaintiff's claims against Defendants with prejudice. (*Id.* at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to CLOSE the above-captioned case as no parties or claims remain.

**SIGNED this 26th day of September, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE